June 23, 1977.

M. P. No. 77-156. JOHN F. DESTEFANO *et al. v.* THE ZONING BOARD OF REVIEW OF THE CITY OF WARWICK. Petition for

writ of certiorari is granted and the writ shall issue forthwith. *Lynch & McDonald, Thomas A. Lynch,* for petitioners. *William J. Toohey,* City Solicitor, *Russell Bramley,* Asst. City Solicitor, for respondent.